UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

**MONICA N. DORMEIS,**

    **Plaintiff,**

**v.**             Case No: 6:17-cv-1146-Orl-41DCI

**SUPER TAX LLC,**

    **Defendant.**
                           /

## ORDER

THIS CAUSE is before the Court on Plaintiff's Motion for Default Judgment Against Defendant ("Motion," Doc. 16). United States Magistrate Judge Daniel C. Irick submitted a Report and Recommendation (Doc. 18), recommending that the Motion be granted to the extent that judgment be entered in favor of Plaintiff in the amount of $6,644.54.

After a *de novo* review of the record, and noting that no objections were timely filed, the Court agrees with the analysis set forth in the Report and Recommendation. Therefore, it is **ORDERED** and **ADJUDGED** as follows:

1. The Report and Recommendation (Doc. 18) is **ADOPTED** and **CONFIRMED** and made a part of this Order.

2. Plaintiff's Motion for Default Judgment Against Defendant (Doc. 16) is **GRANTED** to the extent that default judgment is entered in favor of Plaintiff and against Defendant in the amount of $6,644.54.

3. The Motion is **DENIED** in all other respects.

4. The Clerk is directed to close this case.

**DONE** and **ORDERED** in Orlando, Florida on April 10, 2018.



Copies furnished to:

Counsel of Record