UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

**MONICA N. DORMEIS,**

        **Plaintiff,**

v.                                                      Case No: 6:17-cv-1146-Orl-41DCI

**SUPER TAX LLC,**

        **Defendant.**
_____/

## ORDER

THIS CAUSE is before the Court on Plaintiff's Motion for Attorney's Fees (Doc. 19). United States Magistrate Judge Daniel C. Irick submitted a Report and Recommendation (Doc. 21), recommending that the motion be granted in part and Plaintiff be awarded a portion of her requested attorney's fees

After a *de novo* review of the record, and noting that no objections were timely filed, the Court agrees with the analysis in the Report and Recommendation. It is therefore **ORDERED** and **ADJUDGED** as follows:

1. The Report and Recommendation (Doc. 21) is **ADOPTED** and **CONFIRMED** and made a part of this Order.

2. Plaintiff's Motion for Attorney's Fees (Doc. 19) is **GRANTED in part**.

3. Plaintiff is awarded attorney's fees in the amount of $4,398.00.

**DONE** and **ORDERED** in Orlando, Florida on July 9, 2018.



CARLOS E. MENDOZA
UNITED STATES DISTRICT JUDGE

Copies furnished to:

Counsel of Record